AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Melvin Shaquille Haynes, Jr.,
*Plaintiff*
v.

Leroy Ravenell *Sheriff*; John C Stokes Jr *Investigator*; Lt. Rhodan *OCDC*; Captain Govan *OCDC*; Ms. Dozier *OCDC*,

*Defendants.*

)
)
)
)
)

Civil Action No.     5:21-cv-02076-SAL-PJG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Melvin Shaquille Haynes, Jr., shall take nothing of the defendants, Leroy Ravenell *Sheriff*, John C Stokes Jr *Investigator*, Lt. Rhodan *OCDC*, Captain Govan *OCDC* and Ms. Dozier *OCDC*, and this action is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A. Lydon, United States District Judge, presiding, dismissing the action for failure to prosecute.

Date:   December 10, 2021

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*